# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPORT DIMENSION, INC., <br><br>    Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br>    Defendants. | Case No. 23-cv-15414 <br><br> Judge Harry D. Leinenweber |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AGAINST DEFENDANT NOS. 187, 189-191, 193-195 AND 197-210**

Plaintiff SPORT DIMENSION, INC. hereby moves this Honorable Court for entry of a Preliminary Injunction against Defendant Nos. 187, 189-191, 193-195 and 197-210 located on the Amazon.com, Inc. ("Amazon") platform. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on November 2, 2023 [Dkt. Nos. 24, 25] and extended on November 14, 2023, to November 30, 2023. [Dkt. No. 30]. Plaintiff has also diligently sought to confirm that the eBay and PayPal accounts owned by Defendant Nos. 1-186 have been frozen, but has not received confirmation. In support of its Motion, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

                                            Respectfully submitted,

Dated: November 27, 2023

                                        By:     <u>s/Michael A. Hierl</u>
                                                     Michael A. Hierl (Bar No. 3128021)
                                                     William B. Kalbac (Bar No. 6301771)
                                                     Robert P. McMurray (Bar No. 6324332)
                                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                                     Three First National Plaza
                                                     70 W. Madison Street, Suite 4000
                                                     Chicago, Illinois 60602
                                                     (312) 580-0100 Telephone
                                                     <u>mhierl@hsplegal.com</u>
                                                     <u>wkalbac@hsplegal.com</u>
                                                     <u>rmcmurray@hsplegal.com</u>
                                                     Attorneys for Plaintiff
                                                     SPORT DIMENSION, INC.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on November 27, 2023.

/s/ *Michael A. Hierl*