UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sport Dimension, Inc.

                                                                 Plaintiff,

v.                                                                              Case No.: 1:23−cv−15414

                                                                             Honorable Harry D. Leinenweber

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 30, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber:For reasons stated on the record, the Court: grants in part Plaintiff's Motion for Preliminary Injunction [47], except as to Defendants Jiechuangte−US, Owntop USA, and Welebar; grants Defendant Jiechuangte−US's Motion to Vacate [36]; grants Defendant Owntop USA's Motion to Vacate [43]. The Court continues Defendant Welebar's Motion for Failure to State a Claim [45]. Plaintiff shall respond by 12/22/2023. Defendant's reply is due by 1/8/2023. Telephonic status hearing set for 1/30/2023 at 9:30 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.