**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Sport Dimension, Inc., ) | |
| ) | Case No.: 1:23-cv-15414 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | The Hon. Harry D. Leinenweber |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LLCS, PARTNERSHIPS, AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE, ) | |
| ) | |
| Defendants. | |

**(AGREED) DEFENDANT WELEBAR'S MOTION TO WITHDRAW ITS MOTION
TO COMPEL**

NOW COMES Defendant Welebar ("Defendant"), through counsel, and asks the Court to permit it to withdraw its previously filed Motion to Compel Plaintiff to Instruct Amazon.

1. On November 30, 2023, the Court granted the Plaintiff in part a preliminary injunction, except as to certain Defendants, including Welebar. Doc. 52.

2. Welebar had moved to dismiss the Complaint for failure to state a claim, and that Motion is still pending. Doc. 45.

3. During the pendency of that Motion, the Defendant filed a Motion to Compel the Plaintiff to Instruct Amazon on December 26, 2023. Doc. 62.

4. A hearing on the Motion to Compel is set for January 30, 2024. Doc. 70.

5. On January 23, 2024, the parties entered an agreement to settle their dispute regarding the Amazon account hold.

6. The Motion to Compel is now moot and the parties have agreed that the Motion be withdrawn.

WHEREFORE, the Defendant Welebar requests the Court permit its Motion to Compel

to be withdrawn, and if acceptable, strike the Motion to Compel hearing date of January

30, 2024.


January 23, 2024          Respectfully submitted,

          s/ Christopher Keleher
          Christopher Keleher
          The Keleher Appellate Law Group, LLC
          1 East Erie St.
          Suite 525
          Chicago, IL 60611
          312-448-8491
          ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 23, 2024, a true and correct

copy of the foregoing document was filed electronically with the Clerk of the Court and served

on all counsel of record.


Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St.
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com